**Richard Sax (SBN 80632)** *richard@rsaxlaw.com*
**LAW OFFICES OF RICHARD SAX**
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone: (707) 525-1824
Facsimile:  (707) 525-8119

Attorney for Plaintiffs,
SCOTT EMERSON FELIX and
PATRICIA LOVEHAL SHUEY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT    EMERSON    FELIX    and<br>PATRICIA LOVEHAL SHUEY,<br><br>                              Plaintiffs,<br><br>v.<br><br>KARIN L. ANDERSON; and DOES 1-10,<br>inclusive,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case Number: CV-14-3809** ~~JCS~~ HSG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE OF<br>HEARING**<br><br>Date:  9/10/2015<br>Time:  2:00 p.m.<br>Dept.:  15<br><br>Case Filed:  8/21/14 |

Plaintiffs, SCOTT EMERSON FELIX and PATRICIA LOVEHAL SHUEY (hereinafter "Plaintiffs"), and Defendant, KARIN L. ANDERSON (hereinafter "Defendant"), by and through their respective counsel, hereby agree to the following.

1.   The hearing on Defendant's Motion for Judgment on the Pleadings currently scheduled for September 10, 2015 at 2:00 p.m. in Courtroom 15 shall be continued to October 8, 2015 at 2:00 p.m. in Courtroom 15 due to calendar conflicts for Plaintiffs' counsel; and

2.   Plaintiffs' deadline to file an opposition to Defendant's Motion for Judgment on the Pleadings shall be extended to August 12, 2015.

Dated: 8/4/2015

LAW OFFICES OF RICHARD SAX

Richard Sax, Attorney for Plaintiffs
Felix and Shuey

Dated: 8/4/2015

SCHIFF HARDIN LLP

Jean L. Bertrand, Attorney for Defendant
Anderson

## ORDER

**IT IS SO ORDERED.** The hearing on Defendant's Motion for Judgment on the Pleadings is continued to October 8, 2015 at 2:00 p.m. in Courtroom 15. Plaintiffs' deadline to file opposition to Defendant's motion is extended to August 12, 2015.

Dated: 8/6/2015

The Honorable Haywood S. Gilliam Jr.
United States District Court Judge