UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KARIN L ANDERSON,<br><br>　　　　　Defendant. | Case No.  14-cv-03809-HSG<br><br>**ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 44 |

On July 24, 2015, Defendant Karin Anderson moved for judgment on the pleadings on the ground that Plaintiffs' Complaint did not allege facts sufficient to overcome a statute of limitations defense. Dkt. No. 44 ("Mot"). Plaintiffs' filed an "Opposition" to that Motion on August 12, 2015, which conceded that "the original complaint lacks the specificity required to overcome the statute of limitations claim made by Defendant" and requested leave to file an amended complaint to address that deficiency. Dkt. No. 49 ("Opp.") at 1-2.

Pursuant to Civil Local Rule 7-1(b), the motion is deemed suitable for disposition without oral argument, and the hearing scheduled for September 10, 2015 is therefore vacated. Defendant's Motion for Judgment on the Pleadings is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH LEAVE TO AMEND**. Plaintiffs' must file a First Amended Complaint no later than **21 days** from the date of this Order.

**IT IS SO ORDERED.**

Dated: August 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge