1 | **Richard Sax (SBN 80632)** *richard@rsaxlaw.com*
  | **LAW OFFICES OF RICHARD SAX**
2 | 448 Sebastopol Avenue
  | Santa Rosa, CA 95401
3 | Telephone: (707) 525-1824
  | Facsimile:   (707) 525-8119
4
  | Attorney for Plaintiffs,
5 | SCOTT EMERSON FELIX and
  | PATRICIA LOVEHAL SHUEY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT EMERSON FELIX and PATRICIA LOVEHAL SHUEY, | **Case Number: 3:14-cv-03809-HSG** |
| Plaintiffs, | **PLAINTIFFS' ORDER ON REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| KARIN L. ANDERSON; and DOES 1-10, inclusive, | Date:   November 5, 2015 |
| | Time:   2:00 p.m. |
| | Dept.:  15 |
| Defendants. | Magistrate Judge:  Hon. Haywood S. Gilliam, Jr. |

IT IS HEREBY ORDERED THAT Mr. Sax's Motion to Appear by Telephone is DENIED.

Dated: October 13, 2015

_____
Hon. Haywood S. Gilliam, Jr.