UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT EMERSON FELIX, et al.,

    Plaintiffs,

  v.

KARIN L ANDERSON,

    Defendant.

Case No. 14-cv-03809-HSG

**SCHEDULING ORDER**

A hearing was held on November 5, 2015.  The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
| --- | --- |
| Close of Fact Discovery | February 1, 2016 |
| Close of Expert Discovery | March 1, 2016 |
| Last Day for Hearing Dispositive Motions | April 7, 2016 at 2:00 p.m. |
| Pretrial Conference | July 5, 2016 at 3:00 p.m. |
| Jury Trial | July 25, 2016 at 8:30 a.m. 5 days |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 11/9/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge