FLYNN RILEY BAILEY & PASEK LLP
David B. Tillotson (No. 148162)
*dtillotson@flynnriley.com*
Ravi D. Sahae (No. 276113)
*rsahae@flynnriley.com*
1010 B Street, Suite 200
San Rafael, CA 94901
Fax (415) 482-9939
(415) 461-1000

Richard Sax (SBN 80632) *richard@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119


Attorneys for Plaintiffs
SCOTT EMERSON FELIX and
PATRICIA LOVEHAL SHUEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX and PATRICIA LOVEHAL SHUEY,<br><br>Plaintiffs,<br>vs.<br><br>KARIN L. ANDERSON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-03809-HSG<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LOCAL RULE 6-2; [PROPOSED] ORDER** |

Plaintiffs Scott Felix and Patricia Shuey ("Plaintiffs") together with defendant Karin L. Anderson ("Defendant"), by and through their respective attorneys, do hereby agree and stipulate as follows:

WHEREAS Plaintiffs filed this lawsuit on August 21, 2014;

1    WHEREAS on February 9, 2015, this Court entered an order granting leave to serve
2 summons upon Defendant by publication, finding that Plaintiffs "made exhaustive efforts to serve
3 Defendant by other means" and that "the evidence suggests that Defendant is aware of the pending
4 litigation against her and is evading service;"
5    WHEREAS on June 30, 2015, Defendant appeared in this case and filed her Answer to the
6 complaint;
7    WHEREAS on July 24, 2015, Defendant filed a motion for judgment on the pleadings,
8 which motion was granted with leave to amend by this Court's order entered August 20, 2015;
9    WHEREAS on September 10, 2015, Plaintiffs filed their First Amended Complaint in this
10 action;
11   WHEREAS on September 28, 2015, Defendant filed a motion to dismiss Plaintiffs' First
12 Amended Complaint, which motion was heard and denied on November 5, 2015;
13   WHEREAS on November 5, 2015, this Court issued a scheduling order which set the
14 deadline for fact discovery as March 1, 2016, and the deadline for expert discovery as April 1,
15 2016;
16   WHEREAS following the hearing on the motion to dismiss, Plaintiffs began and are in the
17 process of substituting attorneys in this action, which process has contributed to the delay in initial
18 disclosures in this action;
19   WHEREAS in the rule 26(f) conference on December 14, 2015, Plaintiffs and Defendant
20 agreed that given the short time frame, and the fact that no discovery had then been propounded, it
21 was impracticable and unlikely that discovery would be completed by the February 1, 2016 and
22 March 1, 2016 deadlines established by this Court's November 9, 2015 scheduling order;
23   WHEREAS Plaintiffs and Defendant wish to preserve the July 25, 2016 trial date in this
24 matter while also allowing for additional time for the completion of discovery;
25   IT IS HEREBY STIPULATED AND AGREED:
26   1. The deadline for the close of fact discovery shall be extended from February 1, 2016,
27      to April 1, 2016;
28

2. The deadline for the close of expert discovery shall be extended from March 1, 2016, to May 1, 2016;

3. All other deadlines in this Court's November 9, 2015 Scheduling Order shall remain unchanged.

DATED: December 28, 2015         FLYNN RILEY BAILEY & PASEK LLP


                                  ____/s/ Ravi D. Sahae_____

                                  David B. Tillotson
                                  Ravi D. Sahae
                                  Attorneys for Plaintiffs


DATED: December 28, 2015         SCHIFF HARDIN LLP


                                  _____/s/ Jamie L. Lanphear_____
                                  Jean L. Bertrand
                                  Bruce Wagman
                                  Jamie L. Lanphear
                                  Attorneys for Defendant

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  12/29/2015           _____
                              **DENIED**
                              Haywood S. Gilliam Jr.
                              Judge Haywood S. Gilliam Jr.
                              OF THE DISTRICT COURT