AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

SCOTT EMERSON FELIX, et al.
                Plaintiff (s),
V.
KARIN L. ANDERSON, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-03809-HSG

Notice is hereby given that, subject to approval by the court, __Scott Felix and Patricia Shuey__ substitutes
(Party (s) Name)

__David B. Tillotson / Flynn Riley Bailey & Pasek LLP__, State Bar No. __148162__ as counsel of record in
(Name of New Attorney)

place of __Richard Sax / Law Offices of Richard Sax__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Flynn Riley Bailey & Pasek LLP
    Address:           1010 B Street, Suite 200
    Telephone:       (415) 461-1000      Facsimile (415) 482-9939
    E-Mail (Optional):  dtillotson@flynnriley.com

I consent to the above substitution.
Date: 12/31/2015
                                              Scott Felix, individually and as attorney in fact for Patricia Shuey
                                              (Signature of Party (s))

I consent to being substituted.
Date: 01/11/2016
                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/11/2015
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/12/2016
                                                Haywood S. Gill, Jr.
                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]