UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KARIN L ANDERSON, <br><br> Defendant. | Case No. 14-cv-03809-HSG (KAW) <br><br> **ORDER TERMINATING MOTION TO COMPEL** <br><br> Re: Dkt. No. 86 |

On March 9, 2016, the district court referred the pending motion to compel to the undersigned. The undersigned does not, however, entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 12-13, *http://cand.uscourts.gov/kaworders*.)

Notwithstanding, assuming that Defendant's representations are accurate, it appears that Plaintiffs have not fulfilled their discovery obligations, and would be required to fully respond to Special Interrogatory No. 1 and Request for Production No. 3, and either produce Patricia Shuey for deposition or stipulate that she is unable to provide competent testimony.

Accordingly, the motion to compel is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending disputes without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter or letters outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: March 10, 2016

KANDIS A. WESTMORE
United States Magistrate Judge