UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KARIN L ANDERSON,<br><br>　　　　　Defendant. | Case No.  14-cv-03809-HSG   (EDL)<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE** |

The Court is in receipt of the parties' joint request that Plaintiffs Scott Felix and Patricia Shuey and Defendant Karin Anderson be allowed to participate in the August 12, 2016 settlement conference by telephone.  Upon consideration of the request, the Court finds good cause for excusing these parties' personal appearance.  Therefore, it is hereby ORDERED that they be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on August 12.  If the Court concludes that the absence of any individual is interfering with the settlement conference, the Court may continue the settlement conference and order personal attendance.

**IT IS SO ORDERED.**

Dated:  August 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge